**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ARMCORP CONSTRUCTION, INC., | : | Case No. 3:24-cv-132 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| TALISMAN CASUALTY INSURANCE | : | |
| COMPANY, LLC, | : | |
| | : | |
| Defendant. | : | |

---

### NOTICE OF DEFICIENCY AND ORDER

---

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2).  Defendant has not filed a diversity disclosure statement as required by that Rule.[1]  Defendant is therefore **ORDERED** to file such a statement no later than **thirty days** from the date of this Order.  A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.[2]

> **IT IS SO ORDERED.**

June 3, 2024
_____

*s/Peter B. Silvain, Jr.*
_____
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] Defendant Talisman Casualty Insurance Company, LLC is a limited liability company.  As such, its citizenship for purposes of diversity jurisdiction is determined by the citizenship of its members and sub-members.  *See Akno 1010 Market St. St. Louis Mo. LLC v. Pourtaghi*, 43 F.4th 624, 626 (6th Cir. 2022) (citing *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009); *B&N Coal, Inc. v. Blue Race Midstream, LLC*, No. 19-4111, 2020 WL 9474311, at *1 (6th Cir. Dec. 2, 2020)).

[2] https://www.ohsd.uscourts.gov/ohio-southern-district-forms