UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ARMCORP CONSTRUCTION, INC., | : | Case No. 3:24-cv-132 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| TALISMAN CASUALTY INSURANCE COMPANY, LLC, | : | |
| Defendant. | : | |

## ORDER

Federal jurisdiction in this case is based on diversity of citizenship, 28 U.S.C. § 1332(a). Pursuant to Federal Rule of Civil Procedure 7.1, parties or intervenors in actions in which subject-matter jurisdiction is based on diversity must file a Diversity Disclosure Statement unless the court orders otherwise. The Diversity Disclosure Statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor." Fed. R. Civ. P. 7.1(a)(2).

Defendant Talisman Casualty Insurance Company, LLC is a limited liability company. As such, its citizenship for purposes of diversity jurisdiction is determined by the citizenship of its members and sub-members. *Akno 1010 Market St. St. Louis Mo. LLC v. Pourtaghi*, 43 F.4th 624, 626 (6th Cir. 2022) (citing *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009); *B&N Coal, Inc. v. Blue Race Midstream, LLC*, No. 19-4111, 2020 WL 9474311, at *1 (6th Cir. Dec. 2, 2020)).

On June 5, 2024, Defendant filed its Diversity Disclosure Statement. (Doc. #9). However, in the Statement, Defendant did not name its members or identify the citizenship of its members. *See* Fed. R. Civ. P. 7.1(a)(2).

Accordingly, Defendant Talisman Casualty Insurance Company, LLC is **ORDERED** to file an amended Diversity Disclosure Statement on or before **June 21, 2024** that complies with Fed. R. Civ. P. 7.1(a)(2) by disclosing the name(s) and citizenship of its member(s).

**IT IS SO ORDERED.**

June 6, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge